CLARENCE O. GIBSON

VERSUS

24TH JUDICIAL DISTRICT COURT OF
JEFFERSON PARISH

NO. 25-KH-362

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 14, 2025

Linda Tran
First Deputy Clerk

IN RE CLARENCE O. GIBSON

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

In this *pro se* writ application, relator, Clarence Gibson, appears to challenge his conviction for sexual battery, asserting that he is innocent of said charge and he was wrongfully convicted by a less than unanimous jury (10 out of 12). By way of background, following a jury trial, relator was found guilty of sexual battery, and on April 3, 2009, he was sentenced to twenty-five years imprisonment at hard labor. In 2010, relator's conviction and sentence were upheld by this Court and the Louisiana Supreme Court. *See State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814. In his writ application, relator does not reference or include any recent ruling by the trial court, and fails to provide a notice of intent requesting a return date, or an order setting a return date, as required by Uniform Rules–Courts of Appeal, Rules 4-2, 4-3, and 4-5(C). Relator has presented nothing for this Court to review. Accordingly, on the showing made, this writ application is denied.

Gretna, Louisiana, this 14th day of August, 2025.

JGG
MEJ
SUS

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>**08/14/2025**</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**25-KH-362**

**CURTIS B. PURSELL**
CLERK OF COURT

### <u>E-NOTIFIED</u>
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### <u>MAILED</u>
Clarence O. Gibson #366576 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748